| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 04CR01122-001-PHX-SRB |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)* CR-06-00004 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: FRANK LIZAMA Unit 220A Cliff Hotel Apartments 178 Francisco Javier Avenue Agana Heights, Guam | DISTRICT District Of Arizona | DIVISION Phoenix |
| --- | --- | --- |
| | NAME OF SENTENCING JUDGE Susan R. Bolton | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/24/2005 — TO 5/23/2010 |

| OFFENSE Theft of Government Property |
| --- |

**FILED**
DISTRICT COURT OF GUAM
FEB - 7 2006
MARY L.M. MORAN
CLERK OF COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ARIZONA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the GUAM upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/13/06
Date

*/s/ Susan R. Bolton*
United States District Judge
Susan R. Bolton

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>GUAM</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-6-06
Effective Date

*/s/ Larry A. Burns*
LARRY ALAN BURNS
United States District Judge

**RECEIVED**
FEB - 2 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM