# UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**WILLIAM M. MCCOOL**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

August 25, 2006

U.S. District Court, District of Guam
Pacific News Building, Sixth Floor
238 Archbishop Flores Stree
Agana, GU 96910

**FILED**
DISTRICT COURT OF GUAM
SEP 14 2006
MARY L.M. MORAN
CLERK OF COURT

RE: Transfer of Jurisdiction,
Defendant ...Frank Toves Lizama, Jr.   CR 04-1122-01-PHX-SRB   Tran.Ct
                                       CR-06-00004   Rec. Ct

Dear Clerk of Court:

Enclosed are transfer documents pursuant to F.R.Crim.P. 18:3605. Documents include:

1) Certified copy of docket sheet          __X__
2) Consent to Transfer Case pursuant to 18:3605   __X__
3) Certified copy of indictment/charging document  __X__
4) Certified copy of Judgment and Commitment    __X__
5) Other:

Please acknowledge receipt of the enclosed documents by signing and dating the attached copy of this letter and return it to this office.

Sincerely,

RICHARD H. WEARE, DCE/CLERK

By __/s/ Kathy Gerchar__
Kathy Gerchar, Deputy Clerk

Enclosures
cc:  Courtroom Deputy        U. S. Attorney
     U. S. Probation          Defendant's Attorney
     Pretrial Services        U. S. Marshal

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

CLOSED, DFT-SENTENCED, TRANSFER-OUT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:04-cr-01122-SRB-ALL
### Internal Use Only

Case title: USA, et al v. Lizama                    Date Filed: 10/20/2004

Assigned to: Judge Susan R Bolton

**Defendant**

**Frank Toves Lizama, Jr** (1)             represented by   **Douglas Andrew Passon**
*TERMINATED: 05/24/2005*                                   Federal Public Defender's Office
                                                           850 W Adams St
                                                           Ste 201
                                                           Phoenix, AZ 85007-2730
                                                           602-382-2700
                                                           Fax: 602-382-2800
                                                           Email: doug_passon@fd.org
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: Public Defender or*
                                                           *Community Defender Appointment*

**Pending Counts**                                          **Disposition**

18:641 - Theft of Government Property                       Probation for a term of FIVE (5) YRS;
(1)                                                         S/A: $100.00; RESTITUTION:
                                                            $35,760.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                       **Disposition**

18:1341 - Mail Fraud                                        Dismissed by gov motion at sentencing
(2)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                              **Disposition**

None

**Plaintiff**

**United States of America**  represented by  **Ashley D Adams-Feldman**
Phoenix Law Group of Feldman Brown
Wala Hall & Agena PLC
2 Renaissance Sq
8765 E Bell Rd
Ste 110
Scottsdale, AZ 85260
480-444-1277
Fax: 480-444-1270
Email: aadams@phoenixlawgroup.com
*TERMINATED: 05/10/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen W Laramore**
US Attorney's Office
2 Renaissance Sq
40 N Central
Ste 1200
Phoenix, AZ 85004-4408
(602)514-7500
Email: Stephen.Laramore@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 10/20/2004 | 1 | RULE 20 Consent to Transfer from District of Guam by USA attorney . Cnts filed agnst Frank Toves Lizama (1) count(s) 1, 2 (CMM) (Entered: 10/22/2004) |
| 10/20/2004 |  | Utility event: JS2 created as to Frank Toves Lizama Jr (APJ) (Entered: 11/12/2004) |
| 12/07/2004 | 2 | MINUTE ORDER initial appearance/arraignment hearing set for 11:00 1/10/05 for Frank Toves Lizama Jr ; possible chg of plea hearing for 11:00 1/10/05 for Frank Toves Lizama Jr [2-2] (LAD) (Entered: 12/07/2004) |
| 01/20/2005 | 3 | MINUTE ORDER ; arraignment hearing set for 9:30 1/25/05 for Frank Toves Lizama Jr , ; arraignment hearing set for 9:30 1/25/05 for Frank Toves Lizama Jr ; possible chg of plea hearing set for 9:30 1/25/05 for Frank Toves Lizama Jr ; appointment of counsel hearing set for 9:30 1/25/05 for Frank Toves Lizama Jr before Judge Bolton [3-3] (LCF) (Entered: 01/20/2005) |
| 01/20/2005 |  | CRIMINAL docket modified (utility event) ; initial appearance set for 9:30 1/25/05 for Frank Toves Lizama Jr before Judge Bolton (refers to document #3) (LCF) (Entered: 01/20/2005) |

| 01/25/2005 | 4 | ( FILED: 1/28/05) MINUTES: before Judge Susan R. Bolton . Ct Rptr: Kim Myick . first appearance of Frank Toves Lizama Jr; informed of rights, charges, etc.; , dft Frank Toves Lizama Jr appears with counsel Douglas Andrew Passon , location of released started , Frank Toves Lizama (1) count(s) 1 enters a plea of guilty , ; plea hrg held ; sentencing set for 4:00 4/11/05 for Frank Toves Lizama Jr , before Judge Bolton; plea agreement lodged as to Frank Toves Lizama Jr [4-7] (LCF) (Entered: 01/31/2005) |
| --- | --- | --- |
| 01/28/2005 | | CRIMINAL docket modified (utility event) adding for pla attorney Ashley Adams-Feldman as to Frank Toves Lizama Jr (LCF) (Entered: 01/28/2005) |
| 01/28/2005 | 5 | MINUTE ORDER ; sentencing set for 4:00 4/11/05 for Frank Toves Lizama Jr before Judge Bolton; ORDERED that any motions for upward departure, downward departure and sentencing memoranda shall be filed at least six (6) business days prior to the sentencing date. Responses are due three (3) business days prior to the sentencing date. Failure to comply with these deadlines will result in the Court continuing the sentencing date. FURTHER ORDERED any motions to continue sentencing shall be filed at least two (2) business days prior to the sentencing date. [5-2] (LCF) (Entered: 01/31/2005) |
| 01/31/2005 | 6 | ORDER by Judge Susan R. Bolton; The Court notes that dft's prior case, 04-217M, releases the Defendant/Frank Toves Lizama on his own recognizance [doc. 2] and appoints Douglas Passon as counsel of record for dft [doc.3]. IT IS ORDERED directing the Clerk of Court to make certified copies of said documents to docket and place in the case file in the above-cause number. re: [6-1] (certified copies of the above referenced have been placed in the file on the left). (LCF) Modified on 01/31/2005 (Entered: 01/31/2005) |
| 03/17/2005 | 7 | MOTION to continue sentencing (1st req) [7-1] , to extend deadline for filing objections to presentence report [7-2] by Frank Toves Lizama Jr (LCF) (Entered: 03/22/2005) |
| 03/25/2005 | 8 | ORDER by Judge Susan R. Bolton granting motion to continue sentencing (1st req) [7-1], granting motion to extend deadline for filing objections to presentence report [7-2] by Frank Toves Lizama Jr sentencing set for 3:00 5/23/05 for Frank Toves Lizama Jr before Judge Bolton; FURTHER ORDERED resetting the deadline for defendant to file objections to the presentence report for two (2) weeks from the date such report is received from the Probation Office. (LCF) (Entered: 03/25/2005) |
| 04/07/2005 | 9 | MINUTE ORDER ; sentencing set for 3:30 5/23/05 for Frank Toves Lizama Jr before Judge Bolton [9-2] (LCF) (Entered: 04/07/2005) |
| 05/03/2005 | 10 | MOTION to continue sentencing [10-1] by Frank Toves Lizama Jr (SRB) (Entered: 05/03/2005) |
| 05/05/2005 | 11 | ORDER by Judge Susan R. Bolton granting motion to continue sentencing [10-1] by Frank Toves Lizama Jr sentencing reset for 11:30 |

| | | |
|---|---|---|
| | | 5/24/05 for Frank Toves Lizama Jr (LAD) (Entered: 05/05/2005) |
| 05/10/2005 | 12 | NOTICE of Substitution of attorney for USA : Stephen W Laramore appears and terminating attorney Ashley D Adams-Feldman for USA (LSP) (Entered: 05/11/2005) |
| 05/24/2005 | 13 | ( FILED: 5/24/05) MINUTES: before Judge Susan R. Bolton. Ct Rptr: Kim R. Moll. Sentencing held as to dft Frank Toves Lizama, Jr. The Court advises it does not accept the plea agreement, and the dft advises the Court he does not request to withdraw his guilty plea. [13-2] (KMG) (Entered: 05/25/2005) |
| 05/24/2005 | 14 | JUDGMENT of Probation issued by Judge Susan R. Bolton for Frank Toves Lizama Jr Frank Toves Lizama (1) count(s) 2. Dismissed by gov motion at sentencing. Sentencing for Frank Toves Lizama (1) count(s) 1. Probation for a term of FIVE (5) YRS; S/A: $100.00; RESTITUTION: $35,760.00 , Case closed (KMG) (Entered: 05/25/2005) |
| 05/24/2005 | 15 | PLEA agreement filed as to Frank Toves Lizama Jr (KMG) (Entered: 05/25/2005) |
| 08/22/2006 | 16 | Probation Jurisdiction Transferred to US District Court for the District of Guam as to Frank Toves Lizama, Jr. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (KMG, ) (Entered: 08/25/2006) |
| 08/25/2006 | 17 | Additional Attachments to Main Document re 16 Transfer Out - Probation/Supervised Release (KMG, ) (Entered: 08/25/2006) |

I hereby attest and certify on 8/25/06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By: [signature] Deputy

FILED
DISTRICT COURT OF GUAM
OCT 07 2004
MARY L. M. MORAN
CLERK OF COURT

United States of America

v.

Frank T. Lizama, Jr.

Criminal No. 04-00034

CR04-1122-PHX-SRB

X FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 20 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, __Frank T. Lizama, Jr.__, defendant, have been informed that a __Indictment__ (indictment, *information, complaint*) is pending against me in the above designated cause. I wish to plead __guilty__ (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the _____ District of __Arizona__ in which I _____ (*am under arrest, am held*) and to waive trial in the above captioned District.

I hereby certify that the annexed instrument is a true copy of the original on file in my office.
ATTEST: CLERK OF COURT
District Court of Guam
Territory of Guam
By: _____
      Deputy Clerk

Dated: __9/20__ 2004 at __4:00 pm__

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

I hereby attest and certify on 8/25/06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.
CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By _____ Deputy

_____
Karon V. Johnson, Assistant U.S. Attorney
for Leonardo M. Rapadas
United States Attorney for the
_____ District of
Guam

Approved

_____, AUSA
United States Attorney for the
_____ District of
Arizona

FORM USA-153
SEP 82

| DISTRICT | OFF | DOCKET NO. YR. NO. DFT | FILING DATE MO. DAY YR. | JUDGE | Writ / Juvenile | U.S.A. vs LIZAMA, FRANK TOVES, JR. | 04-00034-001 |
|---|---|---|---|---|---|---|---|
| 0993 | 1 | 04-00034  001 | 08  04  04 | 8113 | | | |

| U.S. Title/Section | First Five Offenses Charged | Orig/Sup/Disp Counts | Disp. Code |
|---|---|---|---|
| 18 USC 641 | [3400] THEFT OF GOVERNMENT PROPERTY | 1  0  1 | Transfer to Another District |
| 18 USC 1341 | [4700] MAIL FRAUD | 1  0  1 | Transfer to Another District |

**Interval I**
Start: / /
End: Indictment 08/04/04

**Interval II**
Start: / /
End: / /

| S.T. Days | | |
|---|---|---|
| Int | Gross | Net |
| 1 | 0 | 0 |
| 2 | 0 | 0 |

**Disposition & Sentence**

Disposed: 10/07/04    Sentenced: / /

Ct(s). 1,: Transfer to Another District  Ct(s). 2,: Transfer to Another District

Sup. Release: 0 Months
Spec. Ass.: $ 0.00    Fine: $ 0.00    Restitution: $ 0.00

CASE TRANSFERRED TO THE DISTRICT OF ARIZONA UNDER RULE 20 - CONSENT TO TRANSFER CASE FOR PLEA AND SENTENCE

**Attorneys:**

U.S. Attorney or Asst.    Johnson, Karon

Defense: Other
Unknown, - -

I hereby certify that the annexed instrument is a true copy of the original on file in my office.
ATTEST: CLERK OF COURT
District Court of Guam
Territory of Guam

By: [signature] Marilyn B. Alcon
Deputy Clerk

| DATE | NR. | PROCEEDINGS | Excl Del |
|---|---|---|---|
| **_2004_** | | | |
| 8/ 4 | 1-1 | INDICTMENT - W/A issd; [MBA EOD 08/04/2004] | |
| 9/22 | 2-1 | CLERK'S Transmittal re Rule 20 from District of Arizona; [MBA EOD 09/23/2004] | |
| 10/ 7 | 3-1 | CONSENT to Transfer of Case for Plea & Sentence; [MBA EOD 10/07/2004] | |
| | 4-1 | DECLARATION re Transfer Ntc; [MBA EOD 10/07/2004] | |

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 07 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00034 |
| Plaintiff, ) | |
| vs. ) | **DECLARATION** |
| FRANK TOVES LIZAMA, JR., ) | |
| Defendant. ) | |

I, Karon V. Johnson, an Assistant U.S. Attorney for the District of Guam, hereby requests that this Court accept the faxed Rule 20-Transfer Notice, appended hereto, and that the original will be submitted to the Court as soon as it is received by this office. Government counsel in the District of Arizona, Assistant U.S. Attorney Ashley Adams, has submitted the Rule 20-Transfer Notice by fax and has mailed the original by Priority Mail to our office.

DATED this 7th day of October, 2004.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

U.S. Department of Justice                    Rule 20—Transfer No.____

| To: Karon V. Johnson, Assistant U.S. Attorney | District: Guam | Date: August 11, 2004 |
|---|---|---|
| Name of Subject: Frank Toves Lizama, Jr. | Statute Violated: 18 U.S.C. § 641, 18 U.S.C. § 1341 | File Data (Initials and Number): Cr. No. 04-00034 |

### Part A—District of Arrest

☒ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20. Docket No. _____

☐ Other (Specify):

☐ The above-named defendant entered a plea of guilty under Rule 20.
  Date of Plea          Date of Sentence          Sentence

I hereby certify that the annexed instrument is a true copy of the original on file in my office.
ATTEST: CLERK OF COURT
District Court of Guam
Territory of Guam

By: Marilyn B. Alcon, Deputy Clerk

| From (Signature and Title): Ashley Adams, Assistant U.S. Attorney | Address: U.S. Attorney's Office, District of Arizona, 40 N. Central Ave., Ste. 1200, Phoenix, AZ 85004-4408 |
|---|---|

### Part B—District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock.
(Kindly notify me of any anticipated delay.)

☒ Enclosed are two certified copies of indictment or information. Docket No. __04-00034__

☐ Please have defendant execute waiver of indictment.

☐ Other (Specify):

| Signature (Name and Title): Karon V. Johnson, Assistant U.S. Attorney | District: Guam | Date: August 11, 2004 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.

Replaces OBD-101, Feb. 83 edition may be used

FORM USA-231
NOV. 85



FLizama.Ind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FRANK TOVES LIZAMA, JR., <br><br> Defendant. | CRIMINAL CASE NO. 04-00034 <br><br> **INDICTMENT** <br><br> **THEFT OF GOVERNMENT PROPERTY** <br> [18 U.S.C. § 641] <br> (Count 1) <br><br> **MAIL FRAUD** <br> [18 U.S.C. § 1341] <br> (Count 2) |

THE GRAND JURY CHARGES:

### COUNT I - THEFT OF GOVERNMENT PROPERTY

Between March 1, 1999, and May 31, 2002, in the District of Guam and elsewhere, the defendant herein, FRANK TOVES LIZAMA, JR., did unlawfully, knowingly, and intentionally embezzle, steal, purloin and convert to his own use money belonging to the United States Department of Veterans Affairs, to-wit: Dependency and Indemnity Compensation benefit checks made payable to defendant's deceased mother, Milagros R. Lizama, the total value of said benefit checks being $35,760, all in violation of Title 18, United States Code, Section 641.

//

## COUNT II - MAIL FRAUD

Between March 1, 1999, and May 31, 2002, in the District of Guam and elsewhere, the defendant herein, FRANK TOVES LIZAMA, JR., having devised a scheme and artifice to obtain money and property by means of false pretenses, to-wit: by endorsing and depositing forty-one checks issued by the United States Department of Veterans Affairs to his mother Milagros R. Lizama for Dependency and Indemnity Compensation benefits, defendant knowing that his mother had died, for the purpose of executing and in order to effect the scheme and artifice to defraud and obtain said money and property, did knowingly cause to be sent, delivered and moved by the United States Postal Service, said forty-one checks, for a total value of $35,760, in violation of Title 18, United States Code, Section 1341.

Dated this __4th__ day of August, 2004.

A TRUE BILL.

_____
JEANNETTE N. ESPIRITU
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

I hereby certify that the annexed instrument is a true copy of the original on file in my office.
ATTEST: CLERK OF COURT
District Court of Guam
Territory of Guam

By: _____
Deputy Clerk

- 2 -

Case 1:06-cr-00004   Document 2   Filed 09/14/2006   Page 12 of 18

FILED ___ LODGED
✓ RECEIVED ___ COPY

MAY 25 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America**

v.

**Frank Toves Lizama, Jr.**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

**No. CR 04-01122-001-PHX-SRB**

Douglas A. Passon (AFPD)
Attorney for Defendant

USM#: 82703-008

**THE DEFENDANT ENTERED A PLEA OF** guilty on 1/25/04 to Count 1 of the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18, USC §641, Theft of Government Property, a Class D Felony offense, having been committed between March 1, 1999, and May 31, 2005, as charged in Count 1 of the Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby placed on probation for a term of **FIVE (5) YEARS** on Count 1.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $100.00   **FINE:** Waived   **RESTITUTION:** $35,760.00

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $100.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count 1 of the Indictment.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances. **Restitution payments of at least $60.00 per month is to be begin within 60 days after sentencing.**

14

CR 04-01122-001-PHX-SRB
USA vs. Frank Toves Lizama, Jr.

Page 2 of 3

Restitution shall be paid to the following victims in the following amounts:

Veterans Administration                $35,760.00

## CONDITIONS OF SUPERVISION

<u>For offenses committed on or after September 13, 1994</u>: The defendant shall refrain from any unlawful use of a controlled substance. Pursuant to 18 USC §3563(a)(5) and 3583(d) the defendant shall submit to one drug test within 15 days of release from imprisonment and such other periodic drug tests thereafter, as directed from time to time by the probation officer.

The above drug testing condition is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, ammunition or other dangerous weapon as defined in 18 U.S.C. §921.

The defendant shall comply with the standard conditions of supervision adopted by this Court in General Order 04-11:

1) You shall not commit another federal, state, or local crime during the term of supervision.
2) You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer.
3) You shall report to the Probation Office as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.
4) You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
5) You shall support your dependents and meet other family responsibilities.
6) You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7) You shall notify the probation officer at least ten days prior to any change of residence or employment.
8) You shall refrain from excessive use of alcohol and are subject to being prohibited from the use of alcohol if ordered by the Court in a special condition of supervision.
9) You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. Possession of controlled substances will result in mandatory revocation of your term of supervision.
10) You shall not frequent places where controlled substances are illegally sold, used, distributed or administered, or other places specified by the Court.
11) You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
12) You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
13) You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.
14) You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
15) As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm your compliance with such notification requirement.
16) If you have ever been convicted of a felony, you shall refrain from possessing a firearm, ammunition, a destructive device, or other dangerous weapon. If you have ever been

convicted of a misdemeanor involving domestic violence, you shall refrain from possession of any firearm or ammunition. Possession of a firearm will result in mandatory revocation of your term of supervision. This prohibition does not apply to misdemeanor cases that did not entail domestic violence, unless a special condition is imposed by the Court.

17) Unless suspended by the Court, you shall submit to one substance abuse test within the first 15 days of supervision and at least two periodic substance abuse tests thereafter, pursuant to 18 U.S.C. §§ 3563(a)(5) and 3583(d);

18) If supervision follows a term of imprisonment, you shall report in person to the Probation Office in the district to which you are released within seventy-two (72) hours of release.

19) You shall pay any monetary penalties as ordered by the Court. You will notify the probation officer of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

The following special conditions are in addition to the conditions of supervised release or supersede any related standard condition:

1. You shall provide the probation officer access to any requested financial information.
2. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.
3. You shall cooperate in the collection of DNA as directed by the probation officer.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

Date of Imposition of Sentence: **Tuesday, May 24, 2005**

_Susan R Bolton_ Date 5/24/05

SUSAN R. BOLTON, United States District Judge

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____ By: _____
United States Marshal                Deputy Marshal

CC: USA/CNSL(Douglas A. Passon)/PROB(2)/PTS/FIN/USM

I hereby attest and certify on 8/25/06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By _Kathleen M. Kinlow_ Deputy

```
MIME-Version:1.0
From:azddb_responses@azd.uscourts.gov
To:azddb_nefs@azd.uscourts.gov
Bcc:USAAZ.ECFTFlu@usdoj.gov,azprdb_router_prob@azd.uscourts.gov,usaaz.ecflookup@usdo
Message-Id:<1101567@azd.uscourts.gov>
Subject:Activity in Case 2:04-cr-01122-SRB USA, et al v. Lizama "Transfer Out - Prob
```

/Supervised Release" Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## DISTRICT OF ARIZONA

Notice of Electronic Filing

The following transaction was received from KMG, entered on 8/25/2006 at 3:24 PM MST and filed on 8/22/2006
**Case Name:**       USA, et al v. Lizama
**Case Number:**     2:04-cr-1122
**Filer:**
**Document Number:** 16

**Docket Text:**
Probation Jurisdiction Transferred to US District Court for the District of Guam as to Frank Toves Lizama, Jr. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (KMG, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=8/25/2006] [FileNumber=1101565-0
] [663370d4ef77e0f655e3a4ecde2cd78a99e8e17204c122605a11e3373e087efd545
07a2bb881139585c0bde1ed4c6184d23cb9f6452684b807f66458c552b3a2]]

**2:04-cr-1122-1 Notice will be electronically mailed to:**

Stephen W Laramore    Stephen.Laramore@usdoj.gov, cynthia.johnson2@usdoj.gov

Douglas Andrew Passon    doug_passon@fd.org, michele_goodman@fd.org, AZXPH_ecf@fd.org

**2:04-cr-1122-1 Notice will be delivered by other means to:**

```
MIME-Version:1.0
From:azddb_responses@azd.uscourts.gov
To:azddb_nefs@azd.uscourts.gov
Bcc:Stephen.Laramore@usdoj.gov,bolton_chambers@azd.uscourts.gov,cynthia.johnson2@usd
Message-Id:<1101673@azd.uscourts.gov>
Subject:Activity in Case 2:04-cr-01122-SRB USA, et al v. Lizama "Additional Attachme
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**DISTRICT OF ARIZONA**

Notice of Electronic Filing

The following transaction was received from KMG, entered on 8/25/2006 at 3:36 PM MST and filed on 8/25/2006

**Case Name:** USA, et al v. Lizama
**Case Number:** 2:04-cr-1122
**Filer:**
**Document Number:** 17

**Docket Text:**
Additional Attachments to Main Document re [16] Transfer Out - Probation/Supervised Release (KMG, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=8/25/2006] [FileNumber=1101671-0
] [118f21adc5bd97debfecbe08d46dbabed3ba7fb5434bcde659158bbfaa3a7c64e74
57284a5768aef673086ec388077fa7a116c834ab60deeef19bfaf9691964d]]

**2:04-cr-1122-1 Notice will be electronically mailed to:**

Stephen W Laramore    Stephen.Laramore@usdoj.gov, cynthia.johnson2@usdoj.gov

Douglas Andrew Passon    doug_passon@fd.org, michele_goodman@fd.org, AZXPH_ecf@fd.org

**2:04-cr-1122-1 Notice will be delivered by other means to:**

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 04CR01122-001-PHX-SRB |
|---|---|---|

## TRANSFER OF JURISDICTION

FILED / LODGED / RECEIVED / COPY
AUG 2 1 2006
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| | | DOCKET NUMBER *(Rec. Court)* CR-06-00004 |
|---|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: FRANK LIZAMA Unit 220A Cliff Hotel Apartments 178 Francisco Javier Avenue Agana Heights, Guam | DISTRICT District Of Arizona | DIVISION Phoenix |
| | NAME OF SENTENCING JUDGE Susan R. Bolton | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/24/2005  TO 5/23/2010 |

OFFENSE

Theft of Government Property

**FILED**
DISTRICT COURT OF GUAM
FEB - 7 2006
MARY L.M. MORAN
CLERK OF COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ARIZONA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the GUAM upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/13/06
Date

*signed* Susan R. Bolton
United States District Judge
Susan R. Bolton

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>GUAM</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-6-06
Effective Date

*signed* LARRY ALAN BURNS
United States District Judge

**RECEIVED**
FEB - 2 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**ORIGINAL**