ORIGINAL

1  LIZAMA_F.pet

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00004 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PETITION TO TRANSFER |
| v. | ) | PAYMENTS FROM THE CRIME |
| | ) | VICTIM FUND TO THE RESTITUTION |
| FRANK TOVES LIZAMA, JR., | ) | FUND |
| | ) | |
| Defendant. | ) | |

## PETITION

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court for the entry of an order transferring from the Crime Victim Fund to the Restitution Fund in the above entitled action and in support hereof, states as follows:

1.  On or about May 24, 2005, sentence was imposed by the U.S. District Court for the District of Arizona against Defendant FRANK TOVES LIZAMA, JR. (hereinafter referred to as "Defendant LIZAMA"). Among other things, a $100.00 special assessment and restitution in the amount of $35,760.00 were ordered. See Attachment "A." Payments for special assessment fees are deposited in the Crime Victims Fund.

//

//

//

2. Defendant LIZAMA made payments totaling $600.00 in the District of Arizona of which $100.00 was applied towards his special assessment fee as payment in full and $500.00 was applied towards his restitution obligation. See Attachment "B."

3. On or about February 7, 2006, jurisdiction was transferred from the District of Arizona to the District of Guam. See Attachment "C."

4. Defendant LIZAMA made payments totaling $960.00 as of August 6, 2007 of which $100.00 was deposited to the Crime Victim Fund. See Attachment "D."

5. In the interest of justice, the amount of $100.00 paid by Defendant LIZAMA and deposited in the Crime Victims Fund should be transferred to the restitution fund.

6. Plaintiff further requests that any future payments made by defendant and deposited in the Crime Victim Fund be transferred to the Restitution Fund.

DATED this 28th day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

2005202552

FILED ___ LODGED
RECEIVED ___ COPY
MAY 25 2005
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

v.

Frank Toves Lizama, Jr.

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. CR 04-01122-001-PHX-SRB

Douglas A. Passon (AFPD)
Attorney for Defendant

USM#: 82703-008

**THE DEFENDANT ENTERED A PLEA OF** guilty on 1/25/04 to Count 1 of the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18, USC §641, Theft of Government Property, a Class D Felony offense, having been committed between March 1, 1999, and May 31, 2005, as charged in Count 1 of the Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby placed on probation for a term of **FIVE (5) YEARS** on Count 1.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $100.00    **FINE:** Waived    **RESTITUTION:** $35,760.00

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $100.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count 1 of the Indictment.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances. Restitution payments of at least $60.00 per month is to be begin within 60 days after sentencing.

A

Restitution shall be paid to the following victims in the following amounts:

Veterans Administration                    $35,760.00

## CONDITIONS OF SUPERVISION

<u>For offenses committed on or after September 13, 1994</u>: The defendant shall refrain from any unlawful use of a controlled substance. Pursuant to 18 USC §3563(a)(5) and 3583(d) the defendant shall submit to one drug test within 15 days of release from imprisonment and such other periodic drug tests thereafter, as directed from time to time by the probation officer.

The above drug testing condition is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, ammunition or other dangerous weapon as defined in 18 U.S.C. §921.

The defendant shall comply with the standard conditions of supervision adopted by this Court in General Order 04-11:
1) You shall not commit another federal, state, or local crime during the term of supervision.
2) You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer.
3) You shall report to the Probation Office as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.
4) You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
5) You shall support your dependents and meet other family responsibilities.
6) You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7) You shall notify the probation officer at least ten days prior to any change of residence or employment.
8) You shall refrain from excessive use of alcohol and are subject to being prohibited from the use of alcohol if ordered by the Court in a special condition of supervision.
9) You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. Possession of controlled substances will result in mandatory revocation of your term of supervision.
10) You shall not frequent places where controlled substances are illegally sold, used, distributed or administered, or other places specified by the Court.
11) You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
12) You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
13) You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.
14) You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
15) As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm your compliance with such notification requirement.
16) If you have ever been convicted of a felony, you shall refrain from possessing a firearm, ammunition, a destructive device, or other dangerous weapon. If you have ever been

CR 04-01122-001-PHX-SRB  
USA vs. Frank Toves Lizama, Jr.

Page 3 of 3

convicted of a misdemeanor involving domestic violence, you shall refrain from possession of any firearm or ammunition. Possession of a firearm will result in mandatory revocation of your term of supervision. This prohibition does not apply to misdemeanor cases that did not entail domestic violence, unless a special condition is imposed by the Court.

17) Unless suspended by the Court, you shall submit to one substance abuse test within the first 15 days of supervision and at least two periodic substance abuse tests thereafter, pursuant to 18 U.S.C. §§ 3563(a)(5) and 3583(d);

18) If supervision follows a term of imprisonment, you shall report in person to the Probation Office in the district to which you are released within seventy-two (72) hours of release.

19) You shall pay any monetary penalties as ordered by the Court. You will notify the probation officer of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

The following special conditions are in addition to the conditions of supervised release or supersede any related standard condition:

1. You shall provide the probation officer access to any requested financial information.
2. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.
3. You shall cooperate in the collection of DNA as directed by the probation officer.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

Date of Imposition of Sentence: **Tuesday, May 24, 2005**

_____  Date 5/24/05
SUSAN R. BOLTON, United States District Judge

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____  By: _____
United States Marshal                  Deputy Marshal

CC: USA/CNSL(Douglas A. Passon)/PROB(2)/PTS/FIN/USM(2 certified)/Order Book

# U.S. Courts
# Case Inquiry Report

**Case Number** DAZX2O4CR001122  **Case Title** USA V FRANK TOVES LIZAMA JR.

**Summary Party Information:**

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|
| 001 | FRANK TOVES LIZAMA JR. | SPECIAL ASSESSMENT | 100.00 | 100.00 | 0.00 |
| 001 | FRANK TOVES LIZAMA JR. | RESTITUTION | 35,760.00 | 500.00 | 35,260.00 |
| | | | 35,860.00 | 600.00 | 35,260.00 |

**Summary Payee Information:**

| Payee Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| CONV002627 | U.S. DEPT OF VETERANS AFFAIRS | 35,760.00 | 500.00 | 35,260.00 |
| | | 35,760.00 | 500.00 | 35,260.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Code | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | Document Date | Debt Type Line# | Account Number | Accomplished Date | Debt Type | Line Type | Payee Line# | Amount | Party/Payee Name Depository Line# | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT PHX030694 | 07/25/2005 | 1 | DAZX204CR001122-001 | 07/26/2005 | SPECIAL ASSESSMENT | PR | | 60.00 | FRANK TOVES LIZAMA JR. | O | 04 | 504100 |
| CT PHX030695 | 07/25/2005 | 2 | DAZX204CR001122-001 | 07/26/2005 | RESTITUTION | PR | | 20.00 | FRANK TOVES LIZAMA JR. | O | 06 | 6855XX |
| CT PHX030695 | 07/25/2005 | 1 | DAZX204CR001122-001 | 07/26/2005 | SPECIAL ASSESSMENT | PR | | 40.00 | FRANK TOVES LIZAMA JR. | O | 04 | 504100 |
| CT PHX032779 | 09/14/2005 | 2 | DAZX204CR001122-001 | 09/15/2005 | RESTITUTION | PR | | 60.00 | FRANK TOVES LIZAMA JR. | O | 06 | 6855XX |
| CT PHX032780 | 09/14/2005 | 2 | DAZX204CR001122-001 | 09/15/2005 | RESTITUTION | PR | | 60.00 | FRANK TOVES LIZAMA JR. | O | 06 | 6855XX |
| PT 05460806003 | 09/27/2005 | 2 | DAZX204CR001122-001 | 09/27/2005 | RESTITUTION | PR | 1 | 260.00 | U.S. DEPT OF VETERANS AFFAIRS | O | 03 | 6855XX |
| PHX034268 | 10/21/2005 | 2 | DAZX204CR001122-001 | 10/24/2005 | RESTITUTION | PR | | 60.00 | FRANK TOVES LIZAMA JR. | O | 06 | 6855XX |
| PHX035363 | 11/09/2005 | 2 | DAZX204CR001122-001 | 11/10/2005 | RESTITUTION | PR | | 60.00 | FRANK TOVES LIZAMA JR. | O | 06 | 6855XX |
| 0646080375 | 11/14/2005 | 2 | DAZX204CR001122-001 | 11/14/2005 | RESTITUTION | PR | 1 | 120.00 | U.S. DEPT OF VETERANS AFFAIRS | O | 03 | 6855XX |

B

# U.S. Courts
# Case Inquiry Report

**Transaction Information:**

| Document Type/Number* | Document Date | Debt Type Line# | Accomplished Date | Debt Type | Line Type | Payee Line# | Amount | Depository Line# | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PT 0646080072 3 DAZX204CR001122-001 | 11/29/2005 | 2 | 11/29/2005 | RESTITUTION | PR | 1 | 120.00 | | U.S. DEPT OF VETERANS AFFAIRS | O | 03 | 6855XX |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |
| PT | Payment Authorization - CCA Automated |

| PROB 22 (Rev. 2/88) | | FILED ___ LODGED ___ RECEIVED ___ COPY | DOCKET NUMBER (Tran. Court) 04CR01122-001-PHX-SRB |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | AUG 2 1 2006 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY_____ DEPUTY | DOCKET NUMBER (Rec. Court) CR-06-00004 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: FRANK LIZAMA Unit 220A Cliff Hotel Apartments 178 Francisco Javier Avenue Agana Heights, Guam | | DISTRICT District Of Arizona | DIVISION Phoenix |
| | | NAME OF SENTENCING JUDGE Susan R. Bolton | |
| | | DATES OF PROBATION/SUPERVISED RELEASE | FROM 5/24/2005 — TO 5/23/2010 |

OFFENSE

Theft of Government Property

**FILED**
**DISTRICT COURT OF GUAM**
**FEB - 7 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ARIZONA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the GUAM upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/13/06
Date

_/s/ Susan R. Bolton_
United States District Judge
Susan R. Bolton

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>GUAM</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-6-06
Effective Date

_/s/ Larry Alan Burns_
LARRY ALAN BURNS
United States District Judge

**RECEIVED**
**FEB - 2 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

C

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 10/10/2006 | 0030147 | U.S. District Court, District of Arizona | | |
| | | | CR-06-00004: USA v. Lizama | |
| | | | Party: Lizama, Frank Toves Jr. | |
| | | |    Assessments/Fines | $ 100.00 |
| | | |    Restitution | $ 200.00 |
| | | | Payment Type(s) | |
| | | |    Money Order #92847556214 15-800/000 | $ 60.00 |
| | | |    Money Order #92848077933 15-800/000 | $ 60.00 |
| | | |    Money Order #93109479186 15-800/000 | $ 60.00 |
| | | |    Money Order #93109658231 15-800/000 | $ 60.00 |
| | | |    Money Order #93109740298 15-800/000 | $ 60.00 |
| 10/17/2006 | 0030205 | Lizama, Frank Toves | | |
| | | | CR-06-00004: USA v. Lizama | |
| | | | Party: Lizama, Frank Toves | |
| | | |    Restitution | $ 60.00 |
| | | | Payment Type(s) | |
| | | |    Money Order #93227622895 15-800/000 | $ 60.00 |
| 11/08/2006 | 0030373 | Lizama, Frank Toves | | |
| | | | CR-06-00004: USA v. Lizama | |
| | | | Party: Lizama, Frank Toves | |
| | | |    Restitution | $ 60.00 |
| | | | Payment Type(s) | |
| | | |    Money Order #93227815326 15-800/000 | $ 60.00 |
| 12/08/2006 | 0030555 | Lizama, Frank Toves | | |
| | | | CR-06-00004: USA v. Lizama | |
| | | | Party: Lizama, Frank Toves | |
| | | |    Restitution | $ 60.00 |
| | | | Payment Type(s) | |
| | | |    Check #1038 101-501/1214 | $ 60.00 |
| 01/05/2007 | 0030717 | Lizama, Frank Toves | | |
| | | | CR-06-00004: USA v. Lizama | |
| | | | Party: Lizama, Frank Toves | |
| | | |    Restitution | $ 60.00 |
| | | | Payment Type(s) | |
| | | |    Check #1041 101-501/1214 | $ 60.00 |

# District Court of Guam
# Fees Report

Case: CR-06-00004

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 02/02/2007 | 0030917 | Lizama, Frank Toves | | | |
| | | | CR-06-00004: USA v. Lizama<br>Party: Lizama, Frank Toves<br>Restitution | $ | 60.00 |
| | | | Payment Type(s)<br>Check #1043 101-501/1214 | $ | 60.00 |
| 03/05/2007 | 0031076 | Lizama, Frank Toves | | | |
| | | | CR-06-00004: USA v. Lizama<br>Party: Lizama, Frank Toves<br>Restitution | $ | 60.00 |
| | | | Payment Type(s)<br>Check #1046 101-501/1214 | $ | 60.00 |
| 04/05/2007 | 0031251 | Lizama, Frank Toves | | | |
| | | | CR-06-00004: USA v. Lizama<br>Party: Lizama, Frank Toves<br>Restitution | $ | 60.00 |
| | | | Payment Type(s)<br>Check #1048 101-501/1214 | $ | 60.00 |
| 05/04/2007 | 0031410 | Lizama, Frank Toves | | | |
| | | | CR-06-00004: USA v. Lizama<br>Party: Lizama, Frank Toves<br>Restitution | $ | 60.00 |
| | | | Payment Type(s)<br>Check #1049 101-501/1214 | $ | 60.00 |
| 06/06/2007 | 0031598 | Lizama, Frank Toves | | | |
| | | | CR-06-00004: USA v. Lizama<br>Party: Lizama, Frank Toves<br>Restitution | $ | 60.00 |
| | | | Payment Type(s)<br>Check #1052 101-501/1214 | $ | 60.00 |
| 07/03/2007 | 0031769 | Lizama, Frank Toves | | | |
| | | | CR-06-00004: USA v. Lizama<br>Party: Lizama, Frank Toves<br>Restitution | $ | 60.00 |
| | | | Payment Type(s)<br>Check #1054 101-501/1214 | $ | 60.00 |

# District Court of Guam
# Fees Report

Case: CR-06-00004

Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 08/06/2007 | 0032249 | Lizama, Frank Toves | CR-06-00004: USA v. Lizama<br>Party: Lizama, Frank Toves<br>   Restitution | $ 60.00 |
| | | | Payment Type(s)<br>   Check #1056 101-501/1214 | $ 60.00 |